EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Iris Miriam Ruiz Class, María de Lourdes Ramos Rivera, Francisco González Rodríguez, Carlos Juan Méndez Núñez, Ángel Bulerín Ramos<br><br>Peticionarios<br><br>v.<br><br>Comisión Estatal de Elecciones, compuesta por su Presidente Aurelio Gracia Morales y sus Comisionados Thomas Rivera Schatz, Gerardo Antonio Cruz Maldonado y Juan Dalmau Ramírez; Secretario de Justicia del Estado Libre Asociado de Puerto Rico<br><br>Demandados | Certiorari<br><br>2005 TSPR 100<br><br>164 DPR _____ |

Número del Caso: MD-2005-5

Fecha: 1 julio 2005

Abogado de la Parte Peticionaria:

      Lcdo. Augusto C. Sánchez Fuentes

Materia: Constitucionalidad de la Ley del Referendum sobre el Sistema Cameral de la Asamblea Legislativa

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | | |
|---|---|---|
| Iris Miriam Ruiz Class, María de Lourdes Ramos Rivera, Francisco González Rodríguez, Carlos Juan Méndez Núñez, Ángel Bulerín Ramos<br><br>Peticionarios<br><br>v.<br><br>Comisión Estatal de Elecciones, compuesta por su Presidente Aurelio Gracia Morales y sus Comisionados Thomas Rivera Schatz, Gerardo Antonio Cruz Maldonado y Juan Dalmau Ramírez; Roberto Sánchez Ramos, Secretario de Justicia del Estado Libre Asociado de Puerto Rico<br><br>Demandados | MD-2005-5 | Mandamus |

RESOLUCIÓN

En San Juan, Puerto Rico, a 1 de julio de 2005.


Examinada la Petición de Mandamus presentada por los peticionarios, no ha lugar.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Fuster Berlingeri emitió voto disidente.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


Iris Miriam Ruíz Class
María de Lourdes Ramos Rivera
Francisco González Rodríguez
Ángel Bulerín Ramos

     Peticionarios

       vs.                 MD-2005-5

Comisión Estatal de Elecciones,
Compuesta por su Presidente
Aurelio Gracia Morales, y Otros

     Demandados


Voto Disidente del Juez Asociado señor FUSTER BERLINGERI.


San Juan, Puerto Rico, a 1 de julio de 2005.



Aunque la petición de *mandamus* sobre el referéndum del 10 de julio de 2005 no está debidamente formulada, sí plantea una cuestión legítima sobre la validez de una consulta electoral que ha de costar **millones de dólares de fondos públicos**.

Si el electorado en el referéndum favorece crear una legislatura **unicameral**, como bien tiene derecho a hacer, surgiría, sin embargo, la cuestión de **si la actual Asamblea Legislativa estaría obligada o no a obedecer dicho mandato electoral**. No sólo los legisladores peticionarios cuestionan la validez del referéndum sino que, además, como se sabe, los Presidentes de ambas Cámaras Legislativas han

indicado ya que no acatarán el resultado del referéndum, de lo cual podemos tomar conocimiento judicial.

Aunque resolver ese asunto ahora es técnicamente **prematuro**, y de ordinario procedería que deneguemos el recurso, yo obviaría esa dificultad, y excepcionalmente atendería el asunto ya. Así dejaríamos claramente establecido una de dos cosas: (1) que la Asamblea Legislativa está obligada por el resultado del referéndum, o, (2) que no lo está, en cuyo caso el referéndum no debe celebrarse para evitar el malgasto de millones de dólares en lo que sería un mero concurso de simpatías.

El asunto volverá ante este Foro, en su día. Yo lo hubiera resuelto ahora, expidiendo el recurso solicitado.

JAIME B. FUSTER BERLINGERI
JUEZ ASOCIADO